UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020

-------------------------------------------------------------------X
                                                                   :
BRAULIO THORNE, on behalf of himself and all others                :
similarly situated,                                                :
                                                                   :
                                   Plaintiff,                      :        19-cv-10402 (LJL)
                                                                   :
                  -v-                                              :        ORDER
                                                                   :
GODIVA CHOCOLATIER, INC.,                                          :
                                                                   :
                                   Defendant.                      :
                                                                   X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      On February 19, 2020, the Court held a conference in which the parties agreed to a

briefing schedule regarding a potential motion to dismiss.  It is hereby ORDERED that

Defendant's motion to dismiss will be due by March 10, 2020, Plaintiff's opposition papers by

March 31, 2020, and Defendant's reply papers by April 14, 2020.  Discovery will be stayed until

the Court's decision on the motion to dismiss.

      IT IS FURTHER ORDERED that all counsel shall appear for a conference on June 5,

2020 at 3:30 p.m.


      SO ORDERED.


Dated: February 19, 2020
       New York, New York                         _____
                                                          LEWIS J. LIMAN
                                                      United States District Judge