UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

------------------------------------------------------------------X

BRAULIO THORNE, *on behalf of himself and all other persons similarly situated*,

       Plaintiff,

  -v-

GODIVA CHOCOLATIER, INC.,

       Defendant.

------------------------------------------------------------------X

19-cv-10402 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  The Complaint in this case was filed on November 8, 2019 (Dkt. No. 1). On March 10, 2020, Defendant filed a Motion to Dismiss (Dkt. No. 22). Plaintiff timely filed his First Amended Complaint on March 19, 2020 (Dkt. No. 23).

  Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed Motion to Dismiss is DENIED AS MOOT.

  SO ORDERED.

Dated: March 20, 2020
   New York, New York

                  LEWIS J. LIMAN
                  United States District Judge